| | |
|---|---|
| 1 | Richard J. Reynolds (SBN 89911) |
| 2 | E-mail: rreynolds@bwslaw.com |
|   | Martin Kosla (SBN 247224) |
| 3 | E-mail: mkosla@bwslaw.com |
|   | BURKE, WILLIAMS & SORENSEN, LLP |
| 4 | 1851 East First Street, Suite 1550 |
|   | Santa Ana, CA 92705-4067 |
| 5 | Tel: 949.863.3363    Fax: 949.863.3350 |

Attorneys for Defendant
MTC FINANCIAL INC. dba TRUSTEE CORPS
(erroneously named herein as MTC FINANCIAL
INC, dba TRUSTEE CORPS)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER KOCH, | Case No. |
| Plaintiff, | **CERTIFICATE OF INTERESTED PARTIES** |
| v. | |
| MTC FINANCIAL INC., dba TRUSTEE CORPS, | (Pomona County Superior Court Case No. KC068166) |
| Defendant. | Complaint Filed: 1/13/16 |
| | Complaint Served: 1/14/16 |

The undersigned, counsel of record for Defendant MTC FINANCIAL INC. dba TRUSTEE CORPS, a California corporation, certify that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

///
///
///
///
///

1. Plaintiff, WALTER KOCH;

2. Defendant, MTC FINANCIAL INC. dba TRUSTEE CORPS.

Dated: February 12, 2016     BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Martin Kosla*
Richard J. Reynolds
Martin Kosla
Attorneys for Defendant
MTC FINANCIAL INC. dba TRUSTEE CORPS