Richard J. Reynolds (SBN 89911)
E-mail: rreynolds@bwslaw.com
Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067
Tel: 949.863.3363    Fax: 949.863.3350

Attorneys for Defendant
MTC FINANCIAL INC. dba TRUSTEE CORPS
(erroneously named herein as MTC FINANCIAL INC, dba TRUSTEE CORPS)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER KOCH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MTC FINANCIAL INC, dba TRUSTEE CORPS<br>17100 Gillette Avenue<br>Irvine CA 92614<br>And Does 1 through 10.<br><br>　　　　　Defendant(s). | Case No.  2:16-cv-01066-BRO-JPR<br><br>**DEFENDANT MTC FINANCIAL INC. DBA TRUSTEE CORPS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[Federal Rules of Civil Procedure, Rule 12(b)(6)]<br><br>Date:　April 25, 2016<br>Time:　1:30 p.m.<br>Ctrm.:　14<br><br>Judge:  Hon. Beverly Reid O'Connell |

**TO ALL OTHER PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 25, 2016 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 14, of the above-entitled Court located at 312 North Spring Street, Los Angeles, CA 90012-4701, Defendant MTC FINANCIAL INC. dba TRUSTEE CORPS ("TRUSTEE CORPS") will and does hereby move the Court to Dismiss Plaintiff WALTER KOCH'S ("Plaintiff")

1 Complaint, and all claims naming TRUSTEE CORPS therein, for failure to state a claim upon which relief may be granted. This Motion is made and based upon Rule 12(b)(6) of the Federal Rules of Civil Procedure.

    The requirements of L.R. 7-3 have been complied with. Defense counsel attempted to contact Plaintiff, who is in pro per, but he did not receive a response from Plaintiff.

Dated: February 19, 2016

BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Martin Kosla*
    Richard J. Reynolds
    Martin Kosla
    Attorneys for Defendant
    MTC FINANCIAL INC. dba TRUSTEE CORPS