Trustor of the Deed of Trust
Walter Koch
1056 Holiday Drive
West Covina, CA 91791
Ph. 1-818-481-9648
(Plaintiff in pro per)

FILED
2016 APR -7 PM 2:34
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Walter Koch<br><br>Plaintiff(s),<br><br>v.<br><br>MTC Financial Inc, dba Trustee Corps<br>17100 Gillette Avenue Irvine CA 92614<br>And Does 1 through 10.<br><br>Defendant(s). | CASE NUMBER<br>2:16-cv-01066-BRO-JPRx<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (Check one)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ ONLY Defendant(s) _____
_____
is/are dismissed from (check one) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

April 5, 2016                                   _____[signature]_____
Date                                            Signature of Attorney/Party

NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3055 Wilshire Blvd., Suite 1200, Los Angeles, CA 90010.

On **April 7, 2016**, I served the foregoing documents described as **"NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)"** on the interested parties in this action:

☒ by placing:
☐ the original
☒ a true copy thereof enclosed in sealed envelope with first class postage affixed thereto and addressed as follows:

> Richard J. Reynolds, Esq.
> Martin Kosla, Esq.
> Burke, Williams & Sorenson, LLP
> 1851 East First Street, Suite 1550
> Santa Ana, CA 92705-4067
> Tel: (949) 863-3363
> Fax: (949) 863-3350
> *Attorneys for Defendant, MTC Financial, Inc. dba Trustee Corps.*

☒ BY MAIL I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ STATE I declare under penalty of perjury that the foregoing is true and correct.

☒ BY FACSIMILE SERVICE: I personally faxed the document(s) listed above to the fax number/s belonging to party being served.

☒ FEDERAL I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 7, 2016, in Los Angeles, CA.

_____
Beatriz Reyes

-1-